**No. 11-479. Tarique Majeed Shaghil, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1094, 132 S. Ct. 852, 181 L. Ed. 2d 551, 2011 U.S. LEXIS 8967.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 638 F.3d 828.

**No. 11-489. Ze Fei Fang, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1094, 132 S. Ct. 852, 181 L. Ed. 2d 551, 2011 U.S. LEXIS 8972.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-490. Joseph Dixon, Petitioner v. Hennepin County Human Services Department, et al.**

565 U.S. 1094, 132 S. Ct. 854, 181 L. Ed. 2d 551, 2011 U.S. LEXIS 9000,

December 12, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 11-494. John Kinsel, Petitioner v. Burl Cain, Warden.**

565 U.S. 1094, 132 S. Ct. 854, 181 L. Ed. 2d 551, 2011 U.S. LEXIS 8873.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 647 F.3d 265.

**No. 11-504. Joel D. Joseph, Petitioner v. Cuneo Law Group, P.C., et al.**

565 U.S. 1094, 132 S. Ct. 854, 181 L. Ed. 2d 551, 2011 U.S. LEXIS 9010.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 428 Fed. Appx. 6.

**No. 11-520. Russell Koeller, et al., Petitioners v. Kansas City Southern Railway Company, et al.**

565 U.S. 1094, 132 S. Ct. 855, 181 L. Ed. 2d 551, 2011 U.S. LEXIS 8932.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 653 F.3d 496.

**No. 11-521. Michael Malaney, et al., Petitioners v. UAL Corporation, et al.**

565 U.S. 1094, 132 S. Ct. 855, 181 L. Ed. 2d 551, 2011 U.S. LEXIS 8858.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 620.